UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEOK JIN JEONG,

                Plaintiff,

      -v-

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.

21-CV-7394 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on September 7, 2021 (Dkt. No. 6) and an appearance was entered on behalf of Defendant on September 28, 2021 (Dkt. No. 7). Defendant requested an extension of time to respond to the complaint (Dkt. No. 8), which was granted (Dkt. No. 9). However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by December 6, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge