UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEOK JIN JEONG,

                          Plaintiff,

                -v-

EQUIFAX INFORMATION SERVICES,
LLC,

                          Defendant.

21-CV-7394 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: December 16, 2021
         New York, New York

_____
        J. PAUL OETKEN
    United States District Judge